1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTOPHER D. VIEIRA (CABN 273781)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7301
7       FAX: (415) 436-7027
        christopher.vieira@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 17-00575 EMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | SETTING HEARING DATE AND EXCLUDING |
| v. ) | TIME FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION |
| GLORIA DEAN STORY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant, GLORIA DEAN STORY, represented by Grace DiLaura, Assistant Federal Public Defender, and the Government, represented by Christopher Vieira, Special Assistant United States Attorney, appeared before the Court on December 13, 2017 for a status conference. Defense counsel represented that additional time was needed for attorney preparation.

The Court set a further status conference for January 17, 2018, at 2:30 p.m. Defendant requested that time be excluded under the Speedy Trial Act between December 13, 2017 and January 17, 2018 to conduct necessary investigation. The Government did not object to the request to exclude time.

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on January 17, 2018.

2. The time between December 13, 2017 and January 17, 2018 is excluded under the

STIPULATION AND [PROPOSED] ORDER
CR 17-00575 EMC

1  Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable
2  time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C.
3  § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best
4  interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
5  *See id.* § 3161(h)(7)(A).

Dated: 12/19/2017                                    /s/ *Grace DiLaura*
                                                    GRACE DiLAURA
                                                    Assistant Federal Public Defender

Dated: 12/19/2017                                    /s/ *Christopher Vieira*
                                                    CHRISTOPHER VIEIRA
                                                    Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:  12/21/17                                    _____
                                                    EDWARD M. CHEN
                                                    United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION AND [PROPOSED] ORDER
CR 17-00575 EMC