IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** CR 17–575 EMC |
|---|---|
| Plaintiff, | **[PROPOSED] STIPULATED ORDER CONTINUING HEARING** |
| v. | |
| GLORIA STORY, | |
| Defendant. | |

The above-entitled matter is currently scheduled for a status conference on January 17, 2018. This case was just recently re-assigned to undersigned defense counsel upon her return from parental leave. Defense counsel is currently reviewing this case and would like the opportunity to discuss this matter with her client and with the government prior to the next appearance. The defense accordingly requests that the matter be continued until February 7, 2018.

The government has no objection to this proposed continuance.

Therefore, for good cause shown, the hearing currently scheduled on January 17, 2018 shall be vacated. The matter shall be continued until February 7, 2018.

//

//

//

//

//

//

1  The Court finds that the ends of justice served by granting this continuance outweigh
2  the best interest of the public and defendant in a speedy trial, and accordingly excludes time
3  under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to
4  permit for continuity of counsel and to allow for the effective preparation of defense counsel.
5  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

<u>     Janaury 11,</u> 2018
Dated

EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

IT IS SO STIPULATED.

<u>January 8, 2018</u>
Dated

ALEX G. TSE
Acting United States Attorney
Northern District of California

/S
CHRISTOPHER VIEIRA
Special Assistant United States Attorney

<u>January 8, 2018</u>
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
SHILPI AGARWAL
Assistant Federal Public Defender