IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLORIA STORY,<br><br>Defendant. | **Case No.:** CR 17–575 EMC<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING HEARING** |

The above-entitled matter is currently scheduled for sentencing on May 16, 2018. Undersigned counsel was recently re-assigned to Ms. Story's case and respectfully requests additional time to review the case in preparation for sentencing and review of the draft PSR. Counsel will also be out of the office from April 16-April 30. The defense accordingly respectfully requests that the matter be continued until June 13, 2018.

The government has no objection to this proposed continuance and the Probation Officer is available.

//

//

//

//

//

//

//

Therefore, for good cause shown the sentencing hearing currently scheduled on May 16, 2018 shall be vacated. The matter shall be continued until June 13, 2018.

IT IS SO ORDERED.

4/12/18
_____
Dated

IT IS SO ORDERED.

Judge Edward M. Chen

IT IS SO STIPULATED.

April 9, 2018
Dated

ALEX TSE
United States Attorney
Northern District of California

/S
_____
CHRISTOPHER VIEIRA
Assistant United States Attorney

April 9, 2018
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
_____
GRACE DILAURA
Assistant Federal Public Defender